**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 24-80560-CV-MIDDLEBROOKS

SHAKARLA LAVETTE ROUNDTREE,

    Plaintiff,

v.

EXPERIAN INC.,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court following the Court's May 28, 2024, Order denying Plaintiff's Motion for leave to Proceed in forma pauperis. (DE 5). I instructed Plaintiff that on or before June 12, 2024, she had to either pay the $402 filing fee, or file a renewed Application to proceed in forma pauperis in this matter. Plaintiff has not complied with this deadline. I warned Plaintiff that failure to do either will result in dismissal of this case.

"A district court has inherent authority to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases.'" *Equity Lifestyle Properties, Inc. v. Fla. Mowing and Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) (quoting *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991)). As such, "[t]he court may dismiss a claim if the plaintiff fails to prosecute it or comply with a court order." *Id.* (citing Fed. R. Civ. P. 41(b)). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Court." *Id.* (citation omitted).

Accordingly, it is **ORDERED and ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT**.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 20 day of June, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record